**O**

E-FILED: **8/12/2008**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. CANELA,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>KEN CLARK, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 08-01615 GHK (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOSE M. CANELA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 8/12/08

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE